[No. 30450-3-II. Division Two. May 17, 2005.]

*In the Matter of the Marriage of* DENISE CHERYL BOSTAIN, *Respondent,* and LEARL LEROY BOSTAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-3-00205-1, Jill Johanson, J., entered June 4, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 30712-0-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. NOEL CHARLES KEMPER, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00899-6, Paula Casey, Richard A. Strophy, and Daniel J. Berschauer, JJ., entered July 29, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.

[No. 31087-2-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. JON GARY BETSCHART, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01147-2, Wm. Thomas McPhee, J., entered November 13, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31216-6-II. Division Two. May 17, 2005.]

JAMES MARTIN HOUSTON, *Respondent,* v. DICK HANNAH MOTORS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-00760-8, Edwin L. Poyfair, J., entered December 22, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.